

# MERLIN
## LAW GROUP, PLLC

125 HALF MILE ROAD
SUITE 110
RED BANK, NJ 07701
TELEPHONE: (732) 704-4647
FAX: (732) 704-4651

May 27, 2026

**Via ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York

>    RE:    **Rent Our Space, LLC vs. Mt. Hawley Insurance Co.**
>    **Case No.: 1:25-cv-05836**
>
>    *Request for Adjournment of Status Conference*

Dear Judge Garnett:

I represent the Plaintiff in the above-referenced matter, which is currently scheduled for a Post-Discovery Pre-Trial Conference before Your Honor on June 17, 2026.

I respectfully request an adjournment of the Conference to July 1, 2026 at 10:00 a.m., or at another date and time convenient for the Court, as I have a pre-paid vacation scheduled during the week of the conference.

Plaintiff has obtained consent from opposing counsel to adjourn and reschedule the Conference to July 1, 2026.

Thank you for Your Honor's consideration.

>    Respectfully submitted,
>    /s/ *Daniel W. Ballard*
>    Daniel W. Ballard, Esq.

DWB/mb

Cc: All Counsel of Record

GRANTED.  The conference previously scheduled for June 17, 2026 is ADJOURNED to **Monday, June 29, 2026**, at **9:30 a.m**.

SO ORDERED.  Dated May 28, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE